IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01864-REB-KLM

JEFFREY SCHUDEL, and
TIMOTHY STITT,

      Plaintiffs,

v.

LA SALLE POLICE OFFICER DAVID MILLER, in his individual and official capacities,
LA SALLE POLICE OFFICE VICTOR ERAZO, in his individual and official capacities, and
DALE PARRISH, ESQ.,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Unopposed Motion for Extension of Time to Answer or Otherwise Respond** [Docket No. 10; Filed August 20, 2012] (the "Motion to Extend"), filed by Defendants LaSalle Police Officer David Miller and LaSalle Police Officer Victor Erazo (collectively, the "LaSalle Defendants"), and on the LaSalle Defendants' **Unopposed Motion to Vacate and Reset September 24, 2012, Scheduling Conference** [Docket No. 11; Filed August 20, 2012] (the "Motion to Vacate").

In the Motion to Extend [#10], the LaSalle Defendants seek to extend the deadline to file an answer or other response to Plaintiffs' Complaint from August 20, 2012, to September 19, 2012, five days before the answer or other response of Defendant Dale Parrish, Esq. is due.

IT IS HEREBY **ORDERED** that the Motion to Extend [#10] is **GRANTED**. The LaSalle Defendants shall file an answer or other response to Plaintiffs' Complaint **on or before September 19, 2012**.

IT IS FURTHER **ORDERED** that the Motion to Vacate [#11] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Scheduling Conference set for September 24, 2012 at 11:00 a.m. is **VACATED** and **RESET** to **October 30, 2012 at 11:00 a.m.** in

Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **October 25, 2012**.


Dated:  August 21, 2012