# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 12-cv-01864-REB-KLM

JEFFREY SCHUDEL and TIMOTHY STITT,

    Plaintiff,

v.

LA SALLE POLICE OFFICER DAVID MILLER, in his individual and official capacity,
LA SALLE POLICE OFFICER VICTOR ERAZO, in his individual and official capacity,
and
DALE PARRISH, ESQ.,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter before me is the **Notice of Voluntary Dismissal of Timothy Stitt as a Plaintiff Pursuant to Federal Rule of Civil Procedure 41(a)** [#37] filed October 31, 2012, by plaintiff Timothy Stitt. After careful review of the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against the defendants, La Salle Police Officer David Miller, in his individual and official capacity, La Salle Police Officer Victor Erazo, in his individual and official capacity, and Dale Parrish, Esq., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal of Timothy Stitt as a Plaintiff Pursuant to Federal Rule of Civil Procedure 41(a)** [#37] filed October 31, 2012, by plaintiff Timothy Stitt is **APPROVED**;

2. That the claims of the plaintiff Timothy Stitt against the defendants, La Salle Police Officer David Miller, in his individual and official capacity, La Salle Police Officer

Victor Erazo, in his individual and official capacity, and Dale Parrish, Esq., are **DISMISSED WITH PREJUDICE**, with the parties to bear their attorney fees and costs; and

    3. That plaintiff Timothy Stitt is **DROPPED** as a party to this action, and the caption shall be amended accordingly.

    Dated at Denver, Colorado, November 2, 2012.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge