**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-01864-REB-KLM

JEFFREY SCHUDEL,

    Plaintiff,

v.

LA SALLE POLICE OFFICER DAVID MILLER, in his individual and official capacity,
LA SALLE POLICE OFFICER VICTOR ERAZO, in his individual and official capacity,
and
DALE PARRISH, ESQ.,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on defendants' **Unopposed Motion To Substitute Exhibit** [#58] filed November 29, 2012. After reviewing the motion and the file, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That defendants' **Unopposed Motion To Substitute Exhibit** [#58] filed November 29, 2012, is **GRANTED**; and

    2. That defendants' corrected exhibit A-2 [#58-1] to **LaSalle Defendants' Reply in Support of Their Motion To Dismiss** [#55] is accepted for filing.

    Dated: December 7, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.