IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01864-REB-KLM

JEFFREY SCHUDEL,

    Plaintiff,

v.

LA SALLE POLICE OFFICER DAVID MILLER, in his individual and official capacities,
LA SALLE POLICE OFFICE VICTOR ERAZO, in his individual and official capacities, and
DALE PARRISH, ESQ.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants David Miller and Victor Erazo's (the "LaSalle Defendants") **Motion to Stay Discovery** [Docket No. 23; Filed October 5, 2012] (the "Motion"). The Motion seeks a stay of all discovery, including Fed. R. Civ. P. 26 disclosures, as well as discovery and expert disclosure deadlines. *Motion* [#23] at 3. The Motion is incomplete and premature, as the LaSalle Defendants have not moved to continue the Rule 26(f)(1) conference which triggers the time for making initial disclosures and the time for commencement of discovery. Until the Rule 26(f)(1) conference is held, there is no deadline to make disclosures and no party is permitted to conduct discovery. *See* Fed. R. Civ. P. 26(a)(1)(C) and (d). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#23] is **DENIED without prejudice**.

    Dated: January 29, 2013