IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01864-REB-KLM

JEFFREY SCHUDEL,

    Plaintiff,

v.

LA SALLE POLICE OFFICER DAVID MILLER, in his individual and official capacities,
LA SALLE POLICE OFFICE VICTOR ERAZO, in his individual and official capacities, and
DALE PARRISH, ESQ.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the LaSalle Defendants' opposed **Motion to Conduct Depositions at the U.S. District Court for the District of Colorado's Courthouse** [Docket No. 104; Filed August 23, 2013] (the "Motion").  On September 4, 2013, Plaintiff filed a Response [#107].  On September 5, 2013, the LaSalle Defendants filed a Reply [#110].

    IT IS HEREBY **ORDERED** that the Motion [#104] is **GRANTED**.  The LaSalle Defendants shall conduct the depositions of witnesses Molly Siracusa and Shantele Sherman on **September 17, 2013** at **9:00 a.m.** and **1:00 p.m.**, respectively, in the jury room of Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  All parties are reminded that **no weapons** are permitted in the courthouse, including those possessed by on-duty police officers.  *See generally* D.C.COLO.LCivR 83.2.

    Dated:  September 6, 2013