IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01864-REB-KLM

JEFFREY SCHUDEL,

    Plaintiff,

v.

LA SALLE POLICE OFFICER DAVID MILLER, in his individual and official capacities,
LA SALLE POLICE OFFICE VICTOR ERAZO, in his individual and official capacities, and
DALE PARRISH, ESQ.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the LaSalle Defendants' **Motion for Limited Contact and Communications** [Docket No. 108; Filed September 5, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#108] is **DENIED without prejudice**. The LaSalle Defendants have failed to provide any authority regarding the Court's authority to provide the requested relief.  *See* D.C.COLO.LCivR 7.1C. (stating that "a motion involving a contested issue of law shall state under which rule or statute it is filed and be supported by a recitation of legal authority incorporated into the motion").

    However, the Court has reviewed the e-mail correspondence provided by the LaSalle Defendants that was sent from Plaintiff to counsel for the LaSalle Defendants. *Ex. A-3* [#108-3].  As a result, the Court reminds Plaintiff, who proceeds in this matter as a *pro se* litigant, that the undersigned's Practice Standards[1] require that, "[a]ttorneys and *pro se* parties will promptly and *courteously* respond to each other's correspondence and phone calls." (second emphasis added).  Plaintiff is also reminded: "Attorneys and *pro se* parties will note that the Court reserves the right to impose measured, proportionate sanctions for inappropriate conduct.  Such sanctions include in-court admonishment, award of costs for discovery violations, referral to the disciplinary system of the Colorado bar, dismissal of claims or defenses and monetary awards."

    Dated:  September 13, 2013

---

[1] A copy of the undersigned's Practice Standards are attached to this Minute Order.