IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01864-REB-KLM

JEFFREY SCHUDEL,

    Plaintiff,

v.

LA SALLE POLICE OFFICER DAVID MILLER, in his individual and official capacities,
LA SALLE POLICE OFFICE VICTOR ERAZO, in his individual and official capacities, and
DALE PARRISH, ESQ.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Extend Deadlines in the Scheduling Order (Unopposed by All Defendants Except One)** [#117] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#117] is **GRANTED in part**. The Scheduling Order entered on April 30, 2013 [#90] is modified to extend the following deadlines:

| | |
|---|---|
| • Affirmative Expert Disclosure Deadline | **December 2, 2013** |
| • Rebuttal Expert Disclosure Deadline | **January 2, 2014** |
| • Discovery Deadline | **February 3, 2014** |
| • Dispositive Motions Deadline | **March 5, 2014** |

**Because a jury trial is set to begin on June 2, 2014, no further extension will be granted on the dispositive motions deadline.**

    Dated: November 8, 2013