**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01864-REB-KLM

JEFFREY SCHUDEL,

    Plaintiff,

v.

LASALLE POLICE OFFICER DAVID MILLER, in his individual capacity,
LASALLE POLICE OFFICER VICTOR ERAZO, in his individual capacity, and
DALE PARRISH, ESQ.,

    Defendants

---

**MINUTE ORDER**[1]

---

    The **LaSalle Police Officers David Miller and Victor Erazo's Motion For Attorneys Fees** [#131] filed February 21, 2014, is **DENIED** without prejudice.  The motion does not meet the requirements of D.C.COLO.LCivR 54.3.  A motion for attorney fees will not be addressed unless those requirements are met.  In addition, if counsel seeks a hearing on a motion for attorney fees, counsel must specify the issue or issues which cannot be addressed adequately in briefing and, therefore, require a hearing.

    Dated:  February 24, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.