**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01864-REB-KLM

JEFFREY SCHUDEL,

      Plaintiff,

v.

LASALLE POLICE OFFICER DAVID MILLER, in his individual capacity,
LASALLE POLICE OFFICER VICTOR ERAZO, in his individual capacity, and
DALE PARRISH, ESQ.,

      Defendants.

---

**FINAL JUDGMENT**

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in

accordance with the **Order of Dismissal**  [#127] entered by Judge Robert E. Blackburn

on January 24, 2014, which order is incorporated herein by this reference.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That plaintiff's **Motion For Dismissal With Prejudice Plaintiff's Claims For**

**Relief Against Defendants Lasalle Police Officer, David Miller, in His Individual and**

**Official Capacity, Lasalle Police Officer Victor Erazo, in His Individual and Official**

**Capacity (Unopposed)** [#125] filed January 23, 2014, is **GRANTED**;

     2.  That the **Stipulated Motion For Dismissal With Prejudice Plaintiff's Claims**

**For Relief Against Defendant Dale Parrish and Defendant Dale Parrish's**

**Counterclaims Against Plaintiff** [#126] filed January 23, 2014, is **GRANTED**;

     3.  That plaintiff's claims against defendants, Lasalle Police Officer, David Miller,

in his individual and official capacity, Lasalle Police Officer Victor Erazo, in his individual and official capacity, are **DISMISSED WITH PREJUDICE**, leaving open the issue of an award of fees and/or costs for further motion and determination;

4.  That plaintiff's claims against defendant, Dale Parrish are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

5.  That the counterclaims of defendant, Dale Parrish, against plaintiff are **DISMISSED WITH PREJUDICE**; and

6.  That this case is **closed.**

DATED at Denver, Colorado, this 4th day of March, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
       Kathleen Finney
       Deputy Clerk