**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01864-REB-KLM

JEFFREY SCHUDEL,

    Plaintiff,

v.

LASALLE POLICE OFFICER DAVID MILLER, in his individual capacity,
LASALLE POLICE OFFICER VICTOR ERAZO, in his individual capacity, and
DALE PARRISH, ESQ.,

    Defendants

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Unopposed Motion For Leave to File Response to Plaintiff's Objection to Taxation of Costs in Favor of Defendants Miller and Erazo** [#148][2] filed May 1, 2014. After reviewing the motion and the record, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Unopposed Motion For Leave to File Response to Plaintiff's Objection to Taxation of Costs in Favor of Defendants Miller and Erazo** [#148] filed May 1, 2014, is **GRANTED**; and

    2. That the **Lasalle Defendants' Response to Plaintiff's Objections to Taxation of Costs in Favor of Defendants** [#148-2] is accepted for filing.

    Dated: May 2, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#148]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.